**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 7:06-CV-98-HL** |
| | : | |
| **SHIRLEY PREVATT, Tax Commissioner,** | : | |
| **Thomas County, Georgia;  BOARD OF TAX** | : | |
| **ASSESSORS, Thomas Co., Georgia; et al** | : | |
| **Defendants** | : | |
| | : | |

## CONSENT ORDER

The parties have executed and presented to the Court an Amended Stipulation for Compromise Settlement which is attached hereto and made a part of this Order, in which they agreed that $3201.42 should be refunded to Plaintiff by the Thomas County Defendants and that the real property at issue should be treated on the tax rolls as exempt from taxation under Georgia law for the time during which Plaintiff held title. Accordingly, the Court hereby makes the following findings of fact and conclusions of law:

**1**

This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1345 and 2201, and venue is proper pursuant to 28 U.S.C. § 1391.

**2**

The time for filing of an answer or responsive pleading by the Thomas County Defendants has not yet run.

**3**

Based upon the stipulation entered into by the parties, there is sufficient evidence

to warrant a conclusion that Plaintiff is entitled to the relief sought against the Thomas County Defendants.

**THEREFORE, IT IS HEREBY ORDERED:**

1.  The Thomas County Defendants shall refund to Plaintiff the sum of $3291.42 within thirty days of entry of this order;

2.  Within thirty days of the entry of this order, the Thomas County Defendants shall treat the real property at issue on the tax rolls of Thomas County, Georgia as exempt from taxation, if such action has not yet been taken, and make no further claim, nor assess any real property or ad valorem taxes against it for that time during which Plaintiff held title to the property or was otherwise legally liable for such taxes;

3.  The Thomas County Defendants agree and recognize that future property to which Plaintiff takes title as part of the foreclosure and servicing of farm loans is not subject to real property or ad valorem taxation and that it will assess no such taxes;

4.  Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to costs, including any costs under 28 U.S.C. § 2412.

SO ORDERED, this 9th day of February, 2007.


**s/   Hugh Lawson**

HUGH LAWSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT